IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELVIN D. PRICE,

    Plaintiff,

  v.

DR. HENRY, et al.,

    Defendants.
                               /

No. C 09-06050 SBA (PR)

**NOTICE REGARDING INABILITY TO SERVE DEFENDANT DR. HENRY**

    Service has been ineffective on Defendant Dr. Henry. The United States Marshal's Office has informed the Court that service could not be completed on this Defendant. The Court has been informed by Litigation Coordinator P. Nickerson that Defendant Henry is "no longer employed at Salinas Valley State Prison." (Jan. 18, 2011 Letter from Litigation Coordinator P. Nickerson at 1.) Mr. Nickerson added: "An attempt was made to contact Dr. Henry at his last home address via U.S. mail, to this day Dr. Henry has not replied." (Id.)

    While Plaintiff may rely on service by the United States Marshal, "a plaintiff may not remain silent and do nothing to effectuate such service. At a minimum, a plaintiff should request service upon the appropriate defendant and attempt to remedy any apparent defects of which [he] has knowledge." Rochon v. Dawson, 828 F.2d 1107, 1110 (5th Cir. 1987). If the marshal is unable to effectuate service and the plaintiff is so informed, the plaintiff must seek to remedy the situation or face dismissal of the claims regarding that defendant under Federal Rule of Civil Procedure 4(m). See Fed. R. Civ. P. 4(m) (If service of the summons and complaint is not made upon a defendant in 120 days after the filing of the complaint, the action must be dismissed without prejudice as to that defendant absent a showing of "good cause."); see also Walker v. Sumner, 14 F.3d 1415, 1421-22 (9th Cir. 1994) (prisoner failed to show cause why prison official should not be dismissed under Rule 4(m) because prisoner did not prove that he provided marshal with sufficient information to serve official).

1  No later than **thirty (30) days** from the date of this Order, Plaintiff must provide the Court
2  with a current address for Defendant Henry.  Plaintiff should review the federal discovery rules,
3  Rules 26-37 of the Federal Rules of Civil Procedure, for guidance about how to determine the
4  current address of this Defendant.
5  **If Plaintiff fails to provide the Court with the current address of Defendant Henry**
6  **within the thirty-day deadline, all claims against this Defendant will be dismissed without**
7  **prejudice under Rule 4(m).**
8  IT IS SO ORDERED.
9  DATED:   3/2/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  MELVIN D. PRICE,                                        Case Number: CV09-06050 SBA

5            Plaintiff,                                    **CERTIFICATE OF SERVICE**

6     v.

7  DR. HENRY et al,

8            Defendant.                             /

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on March 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15 Melvin D. Price F-37541
   Salinas Valley State Prison
16 31625 Highway 101 North
   P.O. Box 1050
17 Soledad, CA 93960-1050

18 Dated: March 3, 2011
                                                   Richard W. Wieking, Clerk
19                                                 By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28
   G:\PRO-SE\SBA\CR.09\Price6050.Locate-DefHenry.wpd           3