IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELVIN D. PRICE,

    Plaintiff,

 v.

DR. HENRY, et al.,

    Defendants.

No. C 09-06050 SBA (PR)

**ORDER DISMISSING EIGHTH AMENDMENT CLAIM AGAINST DEFENDANT WALL**

    On April 22, 2011, the Court issued an Order directing Plaintiff to amend his Eighth Amendment claim against Defendant Wall. The Court gave Plaintiff until May 23, 2011, to file an amendment to the complaint. He was warned the failure to do so would result in dismissal of his Eighth Amendment claim without prejudice. The time to file the amendment to the complaint has passed, and Plaintiff has failed to do so.

    IT IS HEREBY ORDERED that the Eighth Amendment claim against Defendant Wall is DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

DATED: **5/26/11**

                               SAUNDRA BROWN ARMSTRONG
                               UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\CR.09\Price6050.Diss8thclaim-Wall.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

MELVIN D. PRICE,

        Plaintiff,

  v.

DR. HENRY et al,

        Defendant.

Case Number: CV09-06050 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Melvin D. Price F-37541
Richard J. Donovan State Prison
P.O. Box 799003
San Diego, CA 92179

Dated: May 27, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.09\Price6050.Diss8thclaim-Wall.wpd    2