IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELVIN D. PRICE,

    Plaintiff,

  v.

DR. HENRY, et al.,

    Defendants.

No. C 09-06050 SBA (PR)

**ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

    IT IS HEREBY ORDERED that Plaintiff is GRANTED an extension of time in which to file his opposition to Defendants' Motion to Dismiss. The time in which Plaintiff may file his opposition to Defendants' Motion to Dismiss will be extended up to and including **thirty (30) days** from the date of this Order.

    Defendants shall file a reply brief no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

    IT IS SO ORDERED.

DATED: 6/13/11

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MELVIN D. PRICE,

        Plaintiff,

v.

DR. HENRY et al,

        Defendant.

Case Number: CV09-06050 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Melvin D. Price F-37541
Richard J. Donovan State Prison
P.O. Box 799003
San Diego, CA 92179

Dated: June 15, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.09\Price6050.EOT-Oppo.wpd

2