IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELVIN D. PRICE,

    Plaintiff,

v.

DR. HENRY, et al.,

    Defendants.

No. C 09-06050 SBA

**JUDGMENT**

Pursuant to the Court's Order of today's date granting Defendant Olson's motion for summary judgment, judgment is hereby entered in favor of Defendant Olson as well as Defendant Henry, and against Plaintiff. The parties shall bear their own costs.

IT IS SO ORDERED.

DATED: 3/27/12

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.09\Price6050.jud.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MELVIN D. PRICE,

        Plaintiff,

v.

DR. HENRY et al,

        Defendant.

Case Number: CV09-06050 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Melvin D. Price F-37541
Richard J. Donovan State Prison
P.O. Box 799003
San Diego, CA 92179

Dated: March 29, 2012

Richard W. Wieking, Clerk
By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\CR.09\Price6050.jud.frm      2